IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| AREDIA and ZOMETA PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | |
| This Document Relates to Case Nos: ) | |
|     3:06-0388(Wilson) ) | NO. 3:06-MD-1760 |
|     3:06-0389 (Fry) ) | JUDGE CAMPBELL |
|     3:06-0500 (Hillcoat) ) | |
|     3:06-0505 (Conklin) ) | |
|     3:06-0508 (Stoller) ) | |
|     3:06-0516 (King) ) | |
|     3:06-0527 (McKay) ) | |
|     3:06-0554 (Worthington) ) | |

ORDER

Pending before the Court is Defendant Novartis Pharmaceuticals Corporation's Motion for Partial Summary Judgment Regarding Lawsuits Filed by Certain Texas Plaintiffs (Docket No. 1380). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and the claims of Plaintiffs Wilson, Fry, Hillcoat, Conklin, Stoller, King, McKay and Worthington which allege "failure to provide adequate warnings or information"[1] are DISMISSED.

IT IS SO ORDERED.

                                  TODD J. CAMPBELL
                                  UNITED STATES DISTRICT JUDGE

---

[1] Tex. Civ. Prac. & Rem. Code Ann. § 82.007(a).